IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

FILED

2025 SEP 30  A 10: 31

Kevin Cecil Hollinger
7100 Point Replete Circle
Fort Belvoir, VA 22060

      Plaintiff,

And

Enlisted Association of the National Guard of the United States (EANGUS)
1 Massachusetts Avenue NW Suite 880
Washington, D.C. 20001

      Defendant.

Civil Action No. 1:25cv1636

## DECLARATION OF KEVIN HOLLINGER

(Pursuant to 28 U.S.C. § 1746)

I, Kevin Hollinger, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge, information, and belief:

1. I am over the age of eighteen (18) and competent to testify regarding the matters set forth herein.

2. I am the Plaintiff in the case Hollinger v. Enlisted Association of the National Guard of the United States (EANGUS), filed in the United States District Court for the Eastern District of Virginia.

3. Prior to my employment with EANGUS, I negotiated and confirmed in writing with then-President Karen [last name] that any writings, documents, or intellectual property that I produced would remain my exclusive property. This agreement was confirmed via email.

4. During the course of my work with EANGUS, I authored multiple original documents, including policy papers, strategic briefs, and legislative position statements (the "Works").

5. I am the sole author and rightful copyright owner of these Works.

6. Despite my ownership rights, EANGUS has published and continues to publish at least seven (7) of my Works on its official website without my authorization or consent.

7. Attached as Exhibit A is a true and correct copy of the email correspondence between myself and then-President Karen confirming my ownership rights.

8. Attached as Exhibit B-N are true and correct copies (or screenshots) more than seven Works currently displayed on EANGUS's website.

9. Defendant's continued publication of my Works without authorization has caused me harm, including loss of control over my intellectual property, reputational damage, and loss of potential licensing opportunities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of September 2025, at Fort Belvoir, Virginia.

*[signature]*

Kevin Hollinger
7100 Point Replete Circle
Fort Belvoir, VA 22060
Plaintiff, Pro Se