EXHIBIT A

 Outlook

### Re: Joh Offer Kevin Hollinger, for signature

**From** Kevin Hollinger <kevin@hgc1.org>
**Date** Mon 9/29/2025 5:12 AM
**To**    Kevin Hollinger <kevin@ndcegr.org>


Kevin Hollinger
Principal,
Hollinger Group Consulting
(202) 670-1826
Kevin@hgc1.org



**From:** Kevin Hollinger <kholl418@yahoo.com>
**Sent:** Monday, September 29, 2025 4:00 AM
**To:** Kevin Hollinger <kevin@hgc1.org>
**Subject:** Fw: Joh Offer Kevin Hollinger, for signature


Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Sunday, January 11, 2021, 12:19 PM, President EANGUS <president@eangus.org> wrote:

Kevin,

I have talked it over with Matt and we have decided EANGUS is ok with you owning anything you write with the exception Testimony. All other documents to include

White papers and articles you will maintain ownership of. If you agree please sign
and return our offer letter. Thank you

Thanks!
Karen

KAREN M. CRAIG
CSM, USA, Retired
President, EANGUS

Email: president@eangus.org
Phone: 480-213-5769



On Monday, January 10, 2021, 8:34 PM, Kevin Hollinger <kholl418@yahoo.com> wrote:

Karen,

I'm very excited to start with EANGUS on the 25th of January 2021 but i would liket to cover a
couple of things prior to me signing this letter. First, over the last couple of years I have worked
very hard to ensure my writing is at a top notch level that can stand up proffessionally. I want to
know that I will own all of the white paapers articles and testimony that I write, one of the main
reasons for that is that i currently make more money as a jornelist than i do in my fulltime job. If I
dont own my writing there could be an issue with other things i write and i need to be very aware
of what EANGUS's entent is when it come to anything I auther. Thank you.

Sent from Mail for Windows 10

On Sunday, January 10, 2021, 7:47 PM, President EANGUS <president@eangus.org> wrote:

Kevin,

Thank you for your interest in the Enlisted Association of the National Guard
(EANGUS) Legislative Director position.  As per our conversation earlier today, we
have reviewed your resume and are impressed with your skills and experience.  At
this time, we are pleased to offer you a Full-Time position with the Enlisted
Association of the National Guard as a Legislative Director. The expected start date
is Monday, January 25, 2021.

The terms offered to you are included in the attached letter. If you agree to these terms, we ask that you please sign this letter and return it to me January 15, 2021. As agreed upon, we will not make any announcement of your selection until January 18th to allow you time to notify your current supervisor and others as necessary. In the meantime, please feel free to contact me via email at president@eangus.org or by phone at 480-213-5769 should you have any questions.

Thanks!
Karen

KAREN M. CRAIG
CSM, USA, Retired
President, EANGUS

Email:  president@eangus.org
Phone:  480-213-5769

