

# NDAA Conference Report: Improvement for the National Guard but also a Missed Opportunity for Reform

by Jeffrey Frisby | Dec 14, 2023 | Legislative

The National Defense Authorization Act (NDAA) conference report is out, and while it contains some commendable

report is out, and while it contains some commendable provisions, it does fall short of some of the comprehensive reform requests the Department of Defense (DoD) has been asking for. The report rightly prioritizes investments in emerging technologies, such as artificial intelligence and hypersonics, essential to maintaining our military edge. Additionally, the increased funding for military personnel and families is a welcome development, recognizing their sacrifices and ensuring their well-being.

However, these positive steps also left some very noticeable absences. The Department of Defense had been requesting some large, sweeping reforms with respect to fiscal oversight and accountability. With an annual authorization in the hundreds of billions of dollars, inefficiency continues to plaque defense spending. The conference report perpetuates this status quo by failing to implement robust oversight and accountability measures. This problem also contributes to the bills' failure to modernize the acquisition process. The DoD's procurement process is complex and bureaucratic, hindering its ability to acquire new technologies quickly and affordably. The conference report makes only minor changes, leaving the system essentially unchanged.

Most importantly for EANGUS and our members, the efforts for Tricare for All, and all aspects of health care, were not in the NDAA. This remains one of the top priorities for EANGUS and, by its absence in the 2024 NDAA, will be a top priority moving into 2025. Without healthy and ready formations, none of the equipment or facilities being funded are capable of defending our Nation. The life force of military service is every member of the National Guard and EANGUS is committed to making sure

that our Soldiers, Airmen, and Families have the highest quality of life benefits to support them in their dedication of duty.

**Summary funding:**

The committee authorizes $886 billion for defense-related programs.

- $842 billion for the Department of Defense
- Authorizes the Vice Chief of the National Guard to be a four-star
- The Secretary of Defense designates this position as one of the general officer positions to be excluded from the limitations of section 526a of Title 10.
- DOES NOT require the Secretary of Defense to alternate appointments of deputy commanders for specific combatant commands between National Guard and Reserves officers no less frequently than every two terms.

**Army National Guard**

Authorizes funding for ARNG end strength at 325,000 Soldiers.

- $828.9 million for 42 AH-64 Apache Block IIIA
- $554.7 million for 91 Armored Multi-Purpose Vehicles (AMPV).
- $760.75 million for 24 UH-60M Black Hawk
- $153.2 million for 26 UH-60 Black Hawk L and V model helicopters
- $25.9 million for High Mobility Multipurpose Wheeled Vehicle (HMMWV).
- $421.4 million for CH-47 Chinook

- $20 million for 2 UH-72B Lakota
- $82.9 million for Gray
- $5.2 million for Bradley Fire Support Team (BFIST).
- $749.7 million for Stryker Upgrade.
- $1.34 billion for Abrams Upgrade Program.
- $674.2 million for 35 Paladin Integrated Management
- $839.4 million for Joint Light Tactical Vehicles (JLTVs).
- $732.1 million for ARNG

## Air National Guard

Appropriates funding for ANG end strength at 105,000 (3,400 less than FY23 levels)

- Reduces minimum inventory requirements of A-10 aircraft in FY24 to (Sec. 133)
- $4.7 billion for 48 F-35A Lightning II $402 million for FY25 advanced procurement.
- $2.4 billion for 24 F-15EX. Decreases F-15EX funding by $200.4 million due to the Air Force's need to realign funds.
- $34.9 million for C-130J
- $121 million for C-130J
- $10.1 million for MC-130J postproduction
- $91.7 million for C-130
- $101 million for HC/MC-130 modifications
- $2.84 billion for 15 KC-46A Pegasus
- $282.5 million for Combat Rescue
- $361.3 million for ANG
- Reauthorizes the minimum inventory requirement for C-130 aircraft, and prohibits a reduction of C-130s assigned to the National Guard. (Sec. 5131)

- Prohibits divestment of F-15EX aircraft from 2024 through (Sec. 5133)
- Prevents the Air Force from reducing the number of KC-135 in the Air National
- The Secretary of the Air Force should investigate and brief the congressional defense committees, no later than February 1, 2024, on the potential increase in air refueling capacity and cost savings, including manpower if all Air National Guard KC-135 stand- alone units were changed into active association units.
- Minimum requirement for total primary mission aircraft inventory of Air Force Fighter Aircraft reduced from "1,145 to 1,112". (Sec. 134)
- Requires the Secretary of the Air Force to develop a long-term tactical fighter force structure, recapitalization, training, and sustainment plan for the active and reserve components of the Air Force. (Sec. 148) **This would directly relate to EANGUS's effort to maintain 25 Fighter Missions in the Air National Guard.**
- Requires the Secretary of Defense shall submit to the congressional defense committees a report including the results of a study on the use of tactical fighter aircraft and bomber aircraft for deployments and homeland defense missions (Sec. 1053), including:
- Assessing deployable forces currently available to fulfill each of those requirements, and whether those forces are adequate to meet the global requirements.
- Assessing whether adequate consideration has been put into fighter coverage of the homeland during these deployments, in particular within the Alaska Area of Responsibility and the Hawaii Area of Responsibility.

- and assessing Air Force and Navy active duty, Air National Guard, and reserve land-based tactical fighter units that could be considered for inclusion into homeland defense mission requirements.
- Revision of the requirement for transfer of certain HC-130H aircraft to State of California for wildfire suppression purposes (Sec. 1810) Includes the following provisions:
- A requirement for demilitarizing the aircraft before
- A provision that California would be required to use the Department of Defense excess personal property program to dispose of the aircraft and materials when the State is finished with them.
- A stipulation that any costs incurred after the transfer would be the responsibility of the State of California.

**Joint-Personnel**

- $122.3 million for the National Guard Counter-drug
- $11 million for National Guard Counter-drug
- Increases spending cap to $15,000 on counter-drug equipment procured by the National Guard requiring advanced approval from the Secretary of Defense.
- $83.5 million for the National Guard Youth
- $100 million for undifferentiated National Guard and Reserve
- Aligns National Guard and Reserve parental leave eligibility with active-duty standards to include both parents welcoming a new child into their lives, through either birth, adoption, or long-term foster care. **Helps with multiple efforts by EANGUS to address childcare in the National Guard.**
- Extension of period of eligibility for health benefits under TRICARE Reserve Select for survivors of a member of the

Selected Reserve. (Section 701). **Addresses a long standing EANGUS resolution to extend TRS benefits for surviving family members.**

- Requires the Secretary of Defense to conduct a review of military pay rates and submit the results along with a legislative proposal by March 1, 2024.
- Requires the Secretary of Defense to alternate appointments of deputy commanders for certain combatant commands between officers of the National Guard and the Reserves no less frequently than every two The provision would authorize the Secretary of Defense to waive the requirements of this provision when in the national interest.
- Authorizes that the Vice Chief of the National Guard Bureau be appointed to serve in the grade of general and that the Secretary of Defense designate this position as one of the general officer positions.
- A member of the National Guard or a member of a reserve component of a uniformed service who is receiving aviation incentive pay under section 334(a) of this title and is entitled to compensation under section 206 of this title is entitled to such compensation for a number of periods of inactive duty training each month sufficient for the member to obtain or maintain an aeronautical rating or designation. (Sec. 601).
- Requires the Secretary of Defense to annually submit a report that includes organized tabulations of programs, projects, and activities for which the total obligational authority was reduced or eliminated in the current budget year proposal compared to the prior- year (*Sec. 1002*) In addition, it amends 22a ( C)(1) of Title 10, United States Code, by adding additional reporting requirements related to unfunded priorities of armed forces and combatant commands. (Sec.1003).

- Requires each component of the Department of Defense to be subject to an independent audit. (Sec.1004).
- Conferees direct the Secretary of Defense to submit a report, no later than May 1, 2024, to the committees of Armed Services with an assessment of the impact of efforts to enhance cooperation on targeting, disrupting, and degrading fentanyl trafficking and a description of limiting on such efforts. (Sec.1013).
- Requires the Secretary of Defense to update guidance for using unmanned aircraft systems by the National Guard and provide a briefing to the Committee on Armed Services of the Senate and House of Representatives. (Sec. 1086).
- The conference directs the Secretary of Defense to brief the Committees on Armed Services of the Senate and the House of Representatives on the advisability and feasibility of coordinating with private entities and state government to provide resources and personnel under the State Partnership Program.

**Missing from the NDAA**

- The committee did not establish a Space National Guard. Requires the Secretary of Defense to conduct a study to assess the feasibility and advisability of transferring space functions of the Air National Guard to the Space The results of the report must be submitted to the Committees on Armed Services of the Senate and the House of Representatives by March 1, 2024. (Sec. 924)
- The conference did not adopt the provision that would amend section 152 of title 10, United States Code, to make the Chief

of the National Guard Bureau eligible for appointment as Chairman of the Joint Chiefs of Staff.
- The conference did not adopt the TRICARE dental plan for the Selected
- Neither version of the NDAA had any language related to Tricare for All.

**Moving Forward:**

**EANGUS will continue to need our members' assistance.** Congress must not miss this opportunity to enact meaningful reform the National Guard needs. Even with all the great things in this years NDAA, EANGUS recognizes that we still have a lot of room to grow and to reinforce our Citizen Soldiers and Airmen as the greatest professional fighting force the world has ever seen. With the voice of our members, we will continue to promote the National Guard as the greatest example of professionalism the world has ever known. We owe it to our members and their commitment to national security to continue the fight.

Keep in mind, these provisions are just the authorizations, not the funding that makes the authorizations happen. We will continue to monitor the defense appropriation bill and then keep our members updated on its progress. You can help us as we bring these programs to life by joining us in February for the EANGUS Legislative Workshop. Come learn more about EANGUS and help us represent the 400,000+ brothers and sisters who serve in the National Guard.

Article written by: Kevin Hollinger, EANGUS Legislative Director

**Platinum Plus Partner**



**Affinity Partner**



**Search**

Search

**Recent Posts**

Nominations Open for Military Child of the Year® 2026

DoD Issues New Clean-Shaven Requirement

EANGUS Joins The Military Coalition

BRS Continuation Pay Changes Coming in 2026

EANGUS Conference Update



